F. G. Book et al. *v.* M. J. Day & Robert C. Sharpe. Appeal of Adams & Ford.

Argued Oct. 17, 1898.   Appeal, No. 44, Oct. T., 1898, by Adams & Ford, from order of C. P. Lawrence Co., March T., 1898, No. 1, discharging rule for interpleader.   Before GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Reversed.

OPINION BY MR. JUSTICE MITCHELL, January 2, 1899:

This case was argued with Claflin's Appeal, opinion filed herewith, ante, p. 44, and involves the same questions.   For the reasons there given the order of the court below is reversed and the rule for an issue reinstated and made absolute, costs to abide the final judgment.